```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15825
   MARIA V TRANCULOV
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5152


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/01/2006 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 08/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG        .00           .00           .00
WELLS FARGO BANK           MORTGAGE ARRE     533.30           .00        533.30
CITIGROUP INC              CURRENT MORTG        .00           .00           .00
CITIGROUP INC              MORTGAGE ARRE     500.00           .00         19.10
ROBERT J ADAMS & ASSOCIA   PRIORITY       NOT FILED           .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED        9373.04           .00           .00
B-LINE LLC                 UNSECURED        1171.02           .00           .00
CAPITAL ONE                UNSECURED         884.24           .00           .00
CAPITAL ONE                UNSECURED        1346.82           .00           .00
CAPITAL ONE                UNSECURED        1525.50           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        9457.37           .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED         812.80           .00           .00
NORWEST FINANCIAL          UNSECURED      NOT FILED           .00           .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED           .00           .00
SCOTT KUNTZ                UNSECURED       14639.00           .00           .00
CITIGROUP INC              NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED           .00           .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,074.00                     2,074.00
TOM VAUGHN                 TRUSTEE                                         173.60
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             2,800.00

PRIORITY                                          .00
SECURED                                        552.40
UNSECURED                                         .00
ADMINISTRATIVE                               2,074.00
TRUSTEE COMPENSATION                           173.60
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 15825 MARIA V TRANCULOV

```
DEBTOR REFUND                                                      .00
                                        ---------------    ---------------
TOTALS                                         2,800.00           2,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
    Dated: 12/05/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```